*V# 2012 #128074*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2009 NOV 16 PM 4:04
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:

* CASE NO. 08-30183-S
*
* JUDGE RICHARD L. SPEER
*
DAWN IRENE CLARK
* William L. Swope, Esq.
* 221 South Main Street
* Findlay, OH 45840
* (419) 422-0288
*
* Sup. Ct. #0029538

TRANSMITTAL OF UNCLAIMED FUNDS

William L. Swope, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the person(s) to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Check Number | Payee | Amount |
|---|---|---|
| 2010 | City of Marion<br>233 West Center Street<br>Marion, OH 43301-1822 | $ 7.76 |
| | | $ 7.76 |

2. Your trustee's check for $7.76 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 10, 2009

William L. Swope
Trustee